# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-0210-01-CR-W-FJG |
| ) | |
| Shelah J. Breault, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On October 19, 2007, defendant filed a motion for determination of competency (Doc. #18) which was granted by United States Magistrate Judge John T. Maughmer (Doc. #20, October 30, 2007) and amended (Doc. #21, November, 2007). Magistrate Judge Maughmer held a hearing regarding defendant's mental competency on February 27, 2008, at which time the parties stipulated to the forensic evaluation of Dr. Lisa B. Feldman

Magistrate Judge Maughmer issued a report and recommendation (Doc. #26), filed March 3, 2008, finding that defendant is competent to understand the nature and consequences of the proceedings against her. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is not currently suffering from a mental disease or defect which would prevent her from understanding the nature and consequences of the proceedings against her or assisting in her own defense, and that she is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: 3/24/08
Kansas City, Missouri